**Schedule A**

| Columns | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| Cause of Action | Plaintiff(s) | Musical Composition | Writer(s) | Date of Publication or Registration | Certificate of Registration Number | Renewal Claimant | Renewal Certificate Date and Number | Date of Known Infringement |
| 1. | CRITERION MUSIC CORP. | THESE BOOTS ARE MADE FOR WALKIN' | Lee Hazlewood | November 23, 1965 | EU 915461 | Lee Hazlewood | RE 612-396 January 6, 1993 | April 5, 2023 |
| 2. | M L E MUSIC | COME TO MY WINDOW | Melissa L. Etheridge | September 21, 1993 | PA 870-373 | | | April 5, 2023 |
| 3. | CARLY SIMON dba C'EST MUSIC | YOU'RE SO VAIN (BALLAD OF A VAIN MAN) | Carly Simon | November 20, 1972 | EU 369744 | Carly Simon | RE 822-765 January 10, 2000 | April 5, 2023 |